Mr. Clifford, your Honor, Mr. David Lindsey, I represent the Appellant Prosecutor's Office of Justice Committee, David Clark, and this appeal is not open to all public unity. If I may, Your Honor, I would like to ask the Supreme Court to bring us the responses in each of these areas. Please speak, Mr. Clifford. The facts of this case, first of all, are apparently valid. The facts of the case are to the court's discretion. I hope this will be covered. I always want to highlight that this is the purpose of our time. I'll tell you what it is. We should be involved in the matter. I'm going to ask the question. Why are we under the jurisdiction to sabotage this case in which the ISG is not aware that this is a case of public unity based on a reasonable law, based on the facts of the Supreme Court, which is to be judged, and how does the Supreme Court bring to the fore the conflict, the crammer, which is to be judged, and how does it even get out of the Supreme Court? And as far as experience is concerned, there's a lot of things that scientists themselves have seen that may or may not be true, like Carl, and Robert, and others. We'll hear a lot of things and questions, and I hope the judges understand that it's not us. That we're here to visit the Supreme Court. That's not true. That's the answer. That's not the case. We are here for instance to talk about whether it is true that it's actually not me, it wasn't the person that did it on me, that whether it's not my interests to investigate it. And you are rightfully there. There is the evidence to produce that. I do have a question. I saw this. I'm a little nervous. I'm going to try to find it. I'm going to try to find out if Charles is the person who wrote it. Charles, what does the jury person say? It's a character. It's a person. It's a character. It's a law. It's a law.   It's a law. It's a person. It's a law. It's a person. It's a law. As you said, what is the poverty, as I said, that you go through a lot of these things or see a lot of those acts? I mean, when we did studies, the absolution of the ancestral call, the…theagement that people's interests, things that they did for their interests, at the least, it didn't look like that were widely sprinkled on them. We did studies. Matter of fact, it was not printed. It was dictionary art. It didn't…it didn't quite so. I know, in case you can't see it now, that how is it actually that not at least some efforts, some integral consistency that's used to set it free? A lot of these studies, for instance, on the issues of marriage being unable to get themselves into a car or, let's say, a train in the city, and, certainly, it belongs to capable of controlling people in the first place. And, I don't know, I don't know if the answer to your question is a question of consistency or consistency of experience. I mean, you're a scholar. So, do you, sorry, understand anything that suggests that in terms of this closure of these arms, it simply doesn't follow that a son is completely impaired, that the state of speech is impaired, their past is impaired, and their attention is impaired, but they move their arms. So, it's not a question of consistency at all. It's not a question of consistency quite at all. It's not a question of consistency quite at all. It's a question of consistency. So, the answer to your question is, in each situation, trying to support somebody's evidence versus seeing why they use material that is, again, on the unusual borders of their appeal or, in the earlier case, to do it differently, we may not consider questions of integrity or consistency. And, you know, even when you ask, all right, maybe I may not be able to prove it in trial. So, I understand that you have your chance. And it also says in this case, do you involve law enforcement? Yes. Water종투 Three, that's it.   Morgan Morgan I'll find you at the Internet Service just a second. Yes you will save me time. How long do you expect to get all the permissions? Anything less than four years in a person, or perhaps at least three days? If ordered, you had input weakened? We have no indicates parameter changes, Did I hurt anyone or just got on their nerves so they can recover their privacy, Or did I make you incompetent citizens? Get on with it! You know what, I'll find you at the Internet Service just a second. How long do you expect to get all the permissions? Anything less than four years in a person, or perhaps at least three days? If ordered, you had input weakened? We have no indicates parameter changes, Did I hurt anyone or just got on their nerves so they can recover their privacy, I'm sorry, I'm just asking a question. That's how you know if you ordered it. Chores versus Quarters CDs, which is a sign that extensions are hard to install, and there's a bunch of different ways that you can do that. And I guess it's a responsibility, but I know a person who currently has a choice, but we're going to be explaining these two things, Chores versus Quarters, and the different types of Quarters that we're going to be using, and some of the glitches that are going to be happening. There are a couple of issues I've noticed, and I'd like to raise the issue with you guys next. At least my position is that for me, there's a couple of things that I've noticed, and I'm just going to go ahead and talk about them. The streams, the use of Quarters attacks, and the lower-level resources, were a big issue for me in that case. I looked at it from that perspective in the beginning, and I think that it's important. I've also come across a few switchers, and I'm not going to get into that, but there's a few switchers that I want to go through. Some of mine are just chronological, so any investment that you take for the greater good of the Quarters, we're talking about this as a state simulation that the Quarters version attacks Quarters. Okay? I'll give you more evidence, but it's not a powerful piece of evidence, and I'm sure this should help you. I'm not sure what evidence is hard, so I'm sure this should help you. Yes, sir? Yes, sir? Yes, sir? Yes, sir? I actually see you there, and I really appreciate that question. So, first of all, starting with Quarters, I know that it's been six years since I last heard it. I think it would have helped to bring this case. There was a possible explanation. I'm sorry. He seems a citizen of the United States of America, and he wants to walk around town with a gun, with an unarmed officer. He has to reach to the ceiling. He's carrying a gun, raising it, shooting around his other hand, and then turning on the officer with a gun in his hand. So, you just don't want to go on to interview him, and you don't want him to be interviewed, and you just don't want him to be interviewed. Well, no. He doesn't need to be interviewed. I will say that, of course, there is a case of a man who's been shooting most apparently over a period of six months. He's been doing this seven months. Six months. Apparently, he's been given a gun, and he's been shooting around the house. He's been shooting around the house. He's been shooting around the house. He's been shooting around the house. Okay. Yes, that's an instance of an action. But I would say that that raises, it left some serious questions. I mean, the officer was given a gun, essentially said that no reasonableness to be involved in it, and that no reasonableness, sir, was lost in sight based on what was going on in the vehicle, and the stated reason was carrying a firearm, as well as the infantry. So, I think it would be reasonable for the jury to conclude that that wasn't the reason, and that he was unclear. So, perhaps, it's hard to answer that question. Those questions have been to do with either the military or the public. Will handle it later on what's in it for you. Okay. Mr. Andrew Lee, excuse me. I'm just asking you questions. I should be speaking at all. Yeah. I just  to talk about our nation's future military and our   and our future military and our future military and our future military  our future military and our future military and our future   our future military and our future military and our future and our future and our  and our future and      and our future and our future just a little future . You saw the court issue  I will go into the   now . I will go into the court case now . I will go into the court case now . I will go into the court  now . I will go into the court case now . I will go into the court case now . Thank you very much. I will go into the court now . Thank you very much. Thank you very much.
judges: Berzon, Murguia, McCalla